# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | 8:10CR109 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| **PATRICK E. HARRAHILL, JR.,** ) | |
| ) | |
| Defendant. ) | |

Unless specifically requested by a party for good cause, the arraignment on the Superseding Indictment in this matter shall immediately precede jury selection or the change of plea hearing, whichever is applicable.

**IT IS SO ORDERED.**

DATED this 20th day of May, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge