IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:10CR109 |
| Plaintiff, | ) ) | |
| vs. | ) ) | MEMORANDUM AND ORDER |
| PATRICK E. HARRAHILL, JR., | ) ) | |
| Defendant. | ) ) | |

This matter is before the Court on the government's motion for preliminary forfeiture (Filing No. 63).

The government seeks forfeiture of a 1978 Chevrolet Corvette. However, the VIN number of the vehicle in the motion for preliminary forfeiture and the proposed order, # Z8748S439399, does not match the number in the Superseding Indictment and plea agreement, # 1Z8748S439399. Therefore, the Court cannot find the vehicle subject to forfeiture, and the motion is denied without prejudice. 21 U.S.C. § 853; Fed. R. Crim. P. 32.2(b)(2)(A).

IT IS ORDERED that the government's motion for preliminary forfeiture (Filing No. 63) is denied without prejudice.

DATED this 23rd day of August, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge