IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 8:10CR109 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **PATRICK E. HARRAHILL, JR.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of defendant Patrick E. Harrahill, Jr. (Harrahill) to reopen detention proceedings (Filing No. 89).   The motion is denied.

**IT IS SO ORDERED.**

DATED this 2nd day of November, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge